IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TANYA ELEY and : 
ALBERT ELEY, H/W :
:
:
:
v. : No. 10-cv-5564
:
STATE FARM INSURANCE COMPANY :
:
:

## ORDER

AND NOW, this 31 day of January, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows: Defendant's Motion Pursuant to Rule 12(B)(6) to Dismiss Count II of Plaintiffs' Complaint (ECF No. 5) is hereby GRANTED without prejudice.

**BY THE COURT:**

/s Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J**

A:\Eley v. State Farm Insurance Co 10-5564 ORDER Motion to Dismiss Count II.wpd